**METROPOLITAN WASTE CONTROL COMMISSION, Appellant,**

v.

**CITY OF SHAKOPEE, Respondent,**

and

**County of Scott, Respondent.**

**No. 50269.**

Supreme Court of Minnesota.

June 6, 1980.

Holmes & Graven, David L. Graven and Larry M. Wertheim, Minneapolis, for appellant.

Krass, Meyer & Kanning, Phillip R. Krass and Trevor R. Walsten, Shakopee, for City of Shakopee.

R. Kathleen Morris, County Atty., and Mark H. Stromwell, Asst. County Atty., Shakopee, for County of Scott.

Peter D. Bergstrom, St. Paul, for Metropolitan Inter-County Council.

John T. Hoeft, St. Paul, for Metropolitan Council.

Lefevere, Lefler, Pearson, O'Brien & Drawz, Richard J. Schieffer and James P. O'Meara, Minneapolis, for Assn. of Metropolitan Municipalities and League of Minnesota Cities.

William G. Peterson, Thomas Rees, State Representative, Bloomington, Warren Spannaus, Atty. Gen., Richard B. Allyn, Sol. Gen., Eldon G. Kaul, Asst. Atty. Gen., Robert C. Moilanen, Sp. Asst. Atty. Gen., Roseville, for Minnesota Pollution Control Agency.

PER CURIAM.

The judgment in the above-entitled matter is hereby vacated and the matter is dismissed.

The entire subject matter of the litigation has been rendered moot by the passage of 1980 Minn. Laws, ch. 564.